648

No. 656. OCEAN CITY *v.* FEDERAL RESERVE BANK OF PHILADELPHIA. March 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George Wharton Pepper* for petitioner. *Mr. Yale L. Schekter* for respondent.

No. 658. FIDELITY & COLUMBIA TRUST Co., EXECUTOR, *v.* UNITED STATES. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Messrs. A. Shelby Winstead* and *Ernest Woodward* for petitioner. *Solicitor General Jackson; Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

Nos. 614 and 615. FARMERS' LOAN & TRUST Co., TRUSTEE, ET AL. *v.* BOWERS, EXECUTOR. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of these cases. *Messrs. John W. Davis, C. Alexander Capron, Charles Angulo,* and *Philip M. Payne* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. William Stanley, Sewall Key, Carlton Fox,* and *Charles A. Horsky* for respondent.

No. 630. WICK ET AL., TRUSTEES, *v.* NEW JERSEY. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Earl F. Reed* and *Charles M. Thorp, Jr.* for peti-

tioners. *Messrs. John E. Evans, Jr.* and *Charles J. Margiotti* for respondent.

No. 632. LARGE ET AL., EXECUTORS, *v.* SHIVELY. March 13, 1939. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. John B. Shorett* for petitioners. *Mr. Frank R. Jeffrey* for respondent.

No. 635. DUQUESNE CLUB *v.* UNITED STATES. March 13, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George B. Furman* and *Paul Armitage* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 640. TROUTMAN *v.* UNITED STATES; and
No. 641. YOUNG *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Theodore Epstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States. Reported below: 100 F. 2d 490.

No. 644. MARTIN *v.* UNITED STATES;
No. 645. BROWN *v.* SAME;
No. 646. HERRING *v.* SAME;
No. 647. ALLBEE *v.* SAME; and
No. 648. BERNS *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Jean S. Breitenstein* for